```
                                                    FILED
                                              IN CLERK'S OFFICE
                                           U.S. DISTRICT COURT E.D.N.Y.

                                           ★  NOV 10 2010  ★
```

## INFORMATION SHEET
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BROOKLYN OFFICE**

1. Title of Case:    United States v. Sandro Aiosa

2. Related Docket Number(s):   03 CR 1382 (S-1) (NGG)

   None ( )

   **CR 10- 866**
   **GARAUFIS, J.**

3. Arrest Date:    N/A

4. Nature of offense(s):    X   Felony
                            ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

6. Projected Length of Trial:   Less than 6 weeks   ( XX )
                                More than 6 weeks   (    )

7. County in which crime was allegedly committed:    Kings

   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?              ( ) Yes  ( X ) No

9. Have arrest warrants been ordered?                     ( ) Yes  ( X ) No

10. Is there a capital count included in the indictment?  ( ) Yes  ( X ) No

                                    LORETTA E. LYNCH
                                    UNITED STATES ATTORNEY

                              By:   *Jacquelyn M. Rasulo*
                                    Jacquelyn M. Rasulo  by AUSA Winston Chapp
                                    Assistant U.S. Attorney
                                    (718) 254-6103